No. 1693. CARRERO, ETC., ET AL., APELADOS, *v.* MANDRY ET AL., APELANTES.—Cobro de dinero. San Juan, Sección 1ª. Julio 9, 1917. *Desistida la apelación.*

No. 321. VARGAS, RECURRENTE, *v.* REGISTRADOR DE CAGUAS, RECURRIDO.—Recurso gubernativo. Julio 9, 1917. *Revocando y ordenando la inscripción del expediente posesorio.*

No. 324. COLLAZO, RECURRENTE, *v.* REGISTRADOR DE CAGUAS, RECURRIDO. — Recurso gubernativo. Julio 10, 1917. *Revocando y ordenando la anotación solicitada.*

No. 1694. ARMSTRONG, APELANTE, *v.* HOMAR Y COLÓN ET AL., APELADOS.—Tercería de mejor derecho. Ponce. Julio 12, 1917. *Desistida la apelación.*

No. 1184. EL PUEBLO, APELADO, *v.* VÁZQUEZ, (*a*) LOLÓ, APELANTE.—Homicidio voluntario. Guayama. Julio 19, 1917. *Confirmada la sentencia.*

No. 1695. PAGÁN, APELADO, *v.* DÍAZ, APELANTE, Y RUIZ INTERVENTORES.—Otorgamiento de escritura. San Juan, Sección 1ª. Julio 19, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1696. VALS, APELANTE, *v.* BUXÓ, APELADOS.—Tercería de bienes inmuebles. San Juan, Sección 1ª. Julio 20, 1917. *Desestimada la apelación por falta de transcripción.*